USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-24-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMTRUST FINANCIAL SERVICES, INC. SECURITIES LITIGATION | Civil Action No. 1:17-cv-01545-LAK<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | |

~~[PROPOSED]~~ ORDER APPROVING PLAN OF ALLOCATION

Case 1:17-cv-01545-LAK Document 352 Filed 11/24/26 Page 2 of 3

This matter having come before the Court on November 19, 2026, on Plaintiffs' motion for approval of the Plan of Allocation in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the matter;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation of Partial Settlement dated June 8, 2026 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction to enter this Order over the subject matter of this Litigation, and over all of the Settling Parties and all Members of the Settlement Subclasses.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Members of the Settlement Subclasses who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Members of the Settlement Subclasses to be heard with respect to the Plan of Allocation.

4. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Partial Settlement of Class Action (the "Notice") made available to Members of the Settlement Subclasses provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established pursuant to the Stipulation among the Members of the Settlement Subclasses, with due consideration having been given to administrative convenience and necessity.

5. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: 11/19/26

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE